UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WANDA BAEZ, SIIDE GIL-FREDERICK, DANIELLE JOHNSON, *and* RESIDENTS TO PRESERVE PUBLIC HOUSING,

        Plaintiffs,

– *against* –

NEW YORK STATE OFFICE OF TEMPORARY AND DISABILITY ASSISTANCE, *and* NEW YORK CITY HOUSING AUTHORITY,

        Defendants.

**ORDER**

24-cv-3282 (ER)

RAMOS, D.J.:

    On April 30, 2024, Plaintiffs filed a motion for preliminary injunction, doc. 6. Accordingly, Defendants' response is due **May 16, 2024**, and Plaintiffs' reply is due **May 23, 2024**. A hearing will be held on **May 30, 2024, at 10 a.m.** in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

It is SO ORDERED.

Dated:   May 3, 2024
          New York, New York

                                               EDGARDO RAMOS, U.S.D.J.