# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

WANDA BAEZ, SIIDE GIL-FREDERICK, DANIELLE JOHNSON,

and RESIDENTS TO PRESERVE PUBLIC HOUSING, individually and on behalf of all similarly situated.

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

The NEW YORK STATE OFFICE OF TEMPORARY and DISABILITY ASSISTANCE,

the NEW YORK CITY HOUSING AUTHORITY and BARBARA C. GUINN, in her individual capacity,

(List the full name(s) of the defendant(s)/respondent(s).)

____24____ CV ____3282____ ( ER )( )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties:

Wanda Baez, Siide Gil-Frederick, Danielle Johnson, and Residents to Preserve Public Housing, individually and on behalf of all similarly situated.

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the    ☐ judgment    ☒ order    entered on:    March 28, 2025

(date that judgment or order was entered on docket)

that:

Granted the Motions to Dismiss filed by New York State Office of Temporary and Disability Assistance, Barbara C Guinn,

and New York City Housing Authority and directed the clerk of court to close the case.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

April 28, 2025

Dated

/s/ Norrinda Brown, Esq.

Signature*

Norrinda Brown

Name (Last, First, MI)

Lincoln Square Legal Services, 150 West 62nd Street, New York , NY 10023

Address          City          State          Zip Code

(212) 636-6394

Telephone Number

nbrownhayat@lsls.fordham.edu

E-mail Address (if available)

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13