LINCOLN SQUARE LEGAL SERVICES, INC.
Fordham University School of Law
150 West 62nd Street, Ninth Floor
New York, NY 10023
Tel 212-636-6934
Fax 212-636-6923

November 5, 2026

**MEMO ENDORSED**
at page 2

**VIA ECF**
The Honorable Edgardo Ramos
United States District Judge
United States District Court for the Southern District o ew ork
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re:** ***Baez et al v. New York State Office of Temporary and Disability Assistance et al*** **No. 24-cv-3282 (ER)**
**Letter Motion to Reschedule the November 5, 2026 Status Conference**

Dear Judge Ramos:

We represent plaintiffs in the above-referenced action. Pursuant to Local Civil Rule 7.1(d), we respectfully write to request that the Court reschedule the status conference held today, November 5, 2026, at 10:30 AM (the "Conference"), which the undersigned regrettably did not attend because counsel did not receive notice of it. We sincerely apologize to the Court and to opposing counsel for the missed appearance.

The Court scheduled the Conference by Notice dated October 22, 2026 (ECF No. 66). The undersigned did not receive the electronic notice of that filing. Upon learning of the Conference today, counsel promptly investigated and determined that the email address associated with the undersigned on the docket for this case remains an outdated address, nbrownhayat@lsls.fordham.edu. The undersigned's current email address, nbrown81@lsls.fordham.edu , has been updated in counsel's PACER account and in the Southern District of New York's CM/ECF system, and is the address at which counsel receives ECF notifications. The Notice of Electronic Filing for the scheduling notice in this case, however, appears to have been transmitted only to the outdated address reflected on the docket, and therefore was not received.

Counsel has taken steps to ensure this does not recur. Today, the undersigned confirmed the current address in PACER and the SDNY CM/ECF system, contacted the ECF Help Desk to correct the email address associated with counsel on this case's docket, and verified that counsel's current email address now appears on the notice list for this action. Counsel has also added a secondary email address, mruane2@lsls.fordham.edu, going forward.

The failure to appear was inadvertent and not the result of any disregard for the Court's Order. Accordingly, we respectfully request that the Court reschedule the status conference to a date and time convenient for the Court. The parties are available on the following dates: Thursday, November 12, 2026, and Thursday, November 19, 2026, or are open to any other rescheduled dates.

We thank the Court for its consideration and again apologize for any inconvenience.

Respectfully submitted,

/s/ Norrinda Brown

LINCOLN SQUARE LEGAL SERVICES, INC.
Fordham University School of Law
150 West 62nd Street, Ninth Floor
New York, NY 10023
Tel 212-636-6934
Fax 212-636-6923

Lincoln Square Legal Services, Inc.
150 West 62nd Street, 9th Floor
New York, New York 10023
E. nbrown81@lsls.fordham.edu
*Attorney for Plaintiffs*

cc: All counsel of record (via ECF)

A status conference will be held before the Hon. Edgardo Ramos, U.S.D.J. on November 24, 2026, at 11:00 a.m. at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, Courtroom 619.

Edgardo Ramos, U.S.D.J.
Dated: November 6, 2026
New York, New York