UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WANDA BAEZ, SIIDE GIL FREDERICK, DANIELLE JOHNSON, *and* RESIDENTS TO PRESERVE PUBLIC HOUSING,

Plaintiffs,

*-against-*

NEW YORK STATE OFFICE OF TEMPORARY AND DISABILITY ASSISTANCE, NEW YORK CITY HOUSING AUTHORITY, and BARBARA C GUINN,

Defendants.

**ORDER**

24-CV-03282 (ER)

RAMOS, D.J.:

On June 10, 2026, the Second Circuit and remanded this case, permitting Plaintiffs to pursue certain negligence claims against New York City Housing Authority, but dismissing all claims against the New York State Office of Temporary and Disability Assistance ("OTDA") and Barbara C Guinn. Doc. 65. Accordingly, the Clerk of the Court is directed to terminate OTDA and Guinn as defendants.

It is SO ORDERED.

Dated: November 6, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.