UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WANDA BAEZ, SIIDE GIL-FREDERICK, DANIELLE JOHNSON, *and* RESIDENTS TO PRESERVE PUBLIC HOUSING,

Plaintiffs,

*-against-*

NEW YORK STATE OFFICE OF TEMPORARY AND DISABILITY ASSISTANCE, NEW YORK CITY HOUSING AUTHORITY, *and* BARBARA C GUINN,

Defendants.

**ORDER**

24-CV-03282 (ER)

RAMOS, D.J.:

On June 10, 2026, the Second Circuit and remanded this case so that the Court could decide whether to invoke supplemental jurisdiction over Plaintiffs Baez and Gil-Frederick's negligence claims against New York City Housing Authority, but otherwise dismissing all claims against the New York State Office of Temporary and Disability Assistance and Barbara C Guinn. Doc. 65. At a status conference held on November 24, 2026, the Court granted, on consent, Plaintiffs' request that negligence claims against New York City Housing Authority be dismissed without prejudice.

Accordingly, the Court dismisses Plaintiffs' negligence claims against New York City Housing Authority without prejudice. The Clerk of the Court is respectfully directed to close the case.

It is SO ORDERED.

Dated: November 24, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.